FILED'05 JUN 16 09:45USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MAINLINE DISASTER RECOVERY SERVICES, LLC, a Florida limited liability company,** <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL NEMIROFF, an individual,** <br><br> Defendant. | Case No. 05-CV-825-AA <br><br> **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ENTER** |

This matter came before the Court on Mainline Disaster Recovery Services, LLC's ("MDRS") Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Enter. At the hearing on this matter on June 13, 2005, both parties stipulated to entry of a Temporary Restraining Order. Accordingly, the Court grants

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A
PRELIMINARY INJUNCTION SHOULD NOT ENTER

Page 1

MDRS's Motion and, pursuant to Fed. R. Civ. P. 65(b)

ORDERS Michael Nemiroff to:

1. Immediately cease from receiving, misappropriating and diverting checks and funds belonging to MDRS to his personal or business accounts and deposit all such items into an escrow account, the terms of which to be agreed to by counsel for the parties;

2. Immediately freeze all transactions and activities relating to any and all financial and/or bank accounts under the name Mainline Disaster Recovery Services or any similar name;

3. Immediately cease from using the name Mainline Disaster Recovery Services or any similar name;

4. Immediately transfer, assign and redirect to MDRS all rights, use and authority to the toll free number 800-598-8808;

5. Immediately cease from misappropriating and using MDRS's trade secrets;

6. Immediately cease from soliciting, contacting, calling upon and/or communicating with actual and/or prospective customers of MDRS with a view to selling or providing any deliverables or service competitive or potentially competitive with any deliverables or service sold or provided by MDRS;

7. Immediately cease from engaging in or performing any activities which in any way compete with the business of MDRS anywhere within the geographic area in which Nemiroff performed services for MDRS; and

8. Immediately cease from using and/or divulging confidential information and/or business secrets of MDRS. It is further

ORDERED that this Temporary Restraining Order shall expire at 4:00 P.M. on June 23, 2005 unless for good cause shown it is extended or unless the parties consent to its extension. It is further

/ / /

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A
PRELIMINARY INJUNCTION SHOULD NOT ENTER

ORDERED that at 8:30 A.M. on June 23, 2005 or as soon thereafter as the parties can be heard, the defendant shall appear before the Honorable Ann Aiken in the United States District Court for the District of Oregon in Portland, Oregon, to show cause, if any there be, why a preliminary injunction should not issue. It is further

ORDERED that in accordance with Fed. R. Civ. P. 65(c), no bond is required.

SO ORDERED this 14 day of June, 2005.

_____
THE HONORABLE ANN L. AIKEN
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

_____
Robert C. Weaver, Jr., OSB #80135
Michael R. O'Connor, OSB #97501
Adam R. Kelly, OSB #02343
GARVEY SCHUBERT BARER
121 SW Morrison Street, 11th Floor
Portland, OR 97204
Telephone: 503 228-3939
Facsimile: 503 226-0259
Email: rweaver@gsblaw.com
       moconnor@gsblaw.com
       akelly@gsblaw.com

Attorneys for Plaintiff

PDX_DOCS:354348.2